IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> LOGGI INTERNATIONAL, LLC : <br> : <br> Defendant. : <br> : | Case No. 1:19-cv-09870-NLH-KMW |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, with consent of Defendant, to inform the Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement and expect to file stipulated dismissal within the next sixty days.

Date: July 20, 2020

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
PO Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of July, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.